UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JESSE MITCHELL,<br><br>Defendant. | 26 Cr. 361 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

The Court will hold an initial conference in this matter on **August 31, 2026** at **12:00 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. At the conference, the Government shall recite the procedural history of the case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials. Counsel for the parties shall consult in advance to agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

SO ORDERED.

Dated: August 28, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge