UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JESSE MITCHELL,

Defendant.

26 Cr. 361 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court has been notified that Defendant Jesse Mitchell may wish to enter a change of plea. ECF No. 21. Accordingly, a plea proceeding will take place on **October 19, 2026** at **2:00 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 16, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge